# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS ANDRIES CRONJE,<br><br>Plaintiff,<br><br>vs.<br><br>MCCABE AGRIBUSINESS INC.,<br>and TODD M. MCCABE,<br><br>Defendants. | Cause No. CV-18-142-GF-BMM<br><br><br>**ORDER FOR ENTRY<br>OF DEFAULT<br>JUDGMENT** |

Plaintiff filed a Motion for Default Judgment on February 21, 2019 (Doc. 5). Accordingly, IT IS HEREBY ORDERD that Plaintiff's Motion is GRANTED. The Clerk of Court will enter judgment against the Defendants, McCabe Agribusiness Inc., and Todd M. McCabe in the amount of $47,984.54, as provided in Rule 55(b)(1) of the Federal Rules of Civil Procedure.

DATED this 28th day of February, 2019.

_____
Brian Morris
United States District Court Judge