UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS ANDRIES CRONJE,<br><br>Plaintiff,<br><br>vs.<br><br>MCCABE AGRIBUSINESS INC., and TODD M. MCCABE,<br><br>Defendant. | Case No. CV-18-142-GF-BMM<br><br>DEFAULT JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED the default judgment is hereby entered against the Defendants, McCabe Agribusiness Inc., and Todd M. McCabe in the amount of $47,984.54, as provided in Rule 55(b)(1) of the Federal Rules of Civil Procedure and pursuant to the Court's order dated February 28, 2019, document 6.

Dated this 28th day of February, 2019.

TYLER P. GILMAN, CLERK

By: /s/ Megan Stewart
Megan Stewart, Deputy Clerk